# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID C. BROWN & CYNTHIA G. BROWN  Case Number: 06-70011
10554 DAVIS ROAD  SSN-xxx-xx-8430 & xxx-xx-0814
DAVIS, IL  61019

Case filed on: 1/4/2006
Plan Confirmed on: 3/3/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $28,650.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY MARK E ZALESKI | 2,500.00 | 2,500.00 | 1,039.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,039.00 | 0.00 |
| 002 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIRST USA BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | VIKING COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BP AMOCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ANDERSON FINANCIAL NETWORK, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID C. BROWN | 0.00 | 0.00 | 766.22 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 766.22 | 0.00 |
| 001 | US BANK/RETAIL PAYMENT SOLUTIONS | 6,070.76 | 6,000.00 | 6,000.00 | 587.29 |
| 003 | WASHINGTON MUTUAL BANK | 6,854.83 | 6,854.83 | 6,854.83 | 0.00 |
|  | Total Secured | 12,925.59 | 12,854.83 | 12,854.83 | 587.29 |
| 001 | US BANK/RETAIL PAYMENT SOLUTIONS | 0.00 | 70.76 | 70.76 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 10,630.52 | 10,630.52 | 10,630.52 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 354.10 | 354.10 | 354.10 | 0.00 |
| 012 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 102.80 | 102.80 | 102.80 | 0.00 |
| 016 | TRI-STATE ADJUSTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AFNI/VERIZON | 447.78 | 447.78 | 447.78 | 0.00 |
| 020 | VIRGINA CLOYD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 11,535.20 | 11,605.96 | 11,605.96 | 0.00 |
|  | Grand Total: | 26,960.79 | 26,960.79 | 26,266.01 | 587.29 |

Total Paid Claimant:     $26,853.30
Trustee Allowance:       $1,796.70
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009        By  /s/Heather M. Fagan